UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Shawn Patterson**     Docket No. 4:21-CR-51-1D

**Petition for Action on Supervised Release**

COMES NOW Kalli K. Vargo, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shawn Patterson, who, upon an earlier plea of guilty, to Conspiracy to Distribute and Possession with Intent to Distribute Cocaine Base, was sentenced by the Honorable Kenneth M. Karas (SD/NY), on July 2, 2013, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Shawn Patterson was released from custody on June 11, 2021, at which time the term of supervised release commenced. Jurisdiction of this case was transferred to the Eastern District of North Carolina on July 23, 2021.

On July 29, 2021, a violation report was submitted due to the defendant testing positive for methamphetamine, cocaine, and marijuana on June 16, 2021, and admitting to marijuana use on July 23, 2021.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 15, 2021, the defendant submitted a drug test, which returned positive for marijuana on December 22, 2021. It is believed the defendant's continued drug use may be a result of mental health concerns. Therefore, it is recommended that the defendant be able to remain on supervision and continue to engage in substance abuse treatment. It is further recommended the defendant be ordered to complete a mental health assessment and any recommended treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Shawn Patterson
Docket No. 4:21-CR-51-1D
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

/s/ Kalli K. Vargo
Kalli K. Vargo
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8663
Executed On: December 29, 2021

## ORDER OF THE COURT

Considered and ordered this __3__ day of __January__, 2022, and ordered filed and made a part of the records in the above case.

_/s/ Dever_
Honorable James C. Dever III